B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District Of Texas
## Austin Division

In re **Hill Country Galleria, L.P.**  
             Debtor

Case No. **09-11175-CAG**

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 198,375,409 | | |
| B - Personal Property | YES | 3 | $ 1,502,104 | | |
| C - Property Claimed as Exempt | N/A | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 4 | | $ 162,202,238 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 59,091 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 4,782,772 | |
| G - Executory Contracts and Unexpired Leases | YES | 4 | | | |
| H - Codebtors | N/A | 1 | | | |
| I - Current Income of Individual Debtor(s) | N/A | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | N/A | | | | $ |
| TOTAL | | 24 | $ 199,877,513 | $ 167,044,101 | |

American LegalNet, Inc.  
www.FormsWorkflow.com

In re  Hill Country Galleria, L.P.                                    Case No.  09-11175-CAG
            Debtor                                                                          (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under " Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| See Attached Description Minus Pads Sold or Released and the Attached Retail Structure | Owns and Operates Retail and Office Rental Space | | $198,375,409 | $160,610,983 |
| | | Total ➤ | $198,375,409 | |

American LegalNet, Inc.
www.FormsWorkflow.com

In re Hill Country Galleria, L.P.  
        Debtor

Case No. 09-11175-CAG  
        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | US Bank Checking Account - #1336 | | $444,744 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Property and General Liability Insurance | | $19,161 |
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | | | | |

American LegalNet, Inc.
www.FormsWorkflow.com

B6B (Official Form 6B) (12/07) -- Cont.

In re  Hill Country Galleria, L.P.                                    Case No. 09-11175-CAG
            Debtor                                                                       (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | | | |
| 16. Accounts receivable. | | Tenant Receivables (net of allowance accounts) <br> Partner Note Receivable (Milam) <br> Other Receivables | | $820,928 <br> $87,018 <br> $130,253 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |

American LegalNet, Inc.
www.FormsWorkflow.com

In re Hill Country Galleria, L.P.            Case No. 09-11175-CAG
        Debtor                                                                 (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41 A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

                                         _____ continuation sheets attached    Total ▶    $          $1,502,104
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6D (Official Form 6D) (12/07)

In re Hill Country Galleria, L.P.  
_____Debtor_____

Case No. 09-11175-CAG  
_____(If known)_____

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>See Attached | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ___ continuation sheets attached | | | Subtotal ▶<br>(Total of this page) | | | | $ $162,202,238 | $ 0.00 |
| | | | Total ▶<br>(Use only on last page) | | | | $ $162,202,238 | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

American LegalNet, Inc.
www.FormsWorkflow.com

| Vendor Name | Codebtor | Husband, Wife, Joint, Or Community | Date Claim Was Incurred, Nature of Lien and Descritpion and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion if Any |
|---|---|---|---|---|---|---|---|---|
| A.D. Willis Company<br>4266 Felter Lane<br>Austin TX, 78744 | | | OWCC Subcontractor | | | | $6,402.68 | |
| A.D. Willis Company Inc.<br>4266 Felter Lane<br>Austin TX, 78744 | | | OWCC Subcontractor | X | X | X | $8,599.55 | |
| A.D. Willis Company Inc.<br>4266 Felter Lane<br>Austin TX, 78744 | | | OWCC Subcontractor | | | | $116,288.00 | |
| Advanced Fixtures, Inc.<br>2001 E Hwy 380<br>Farmersville TX, 75442 | | | OWCC Subcontractor | X | X | X | $54,348.70 | |
| Affordable Tile Services, LLC<br>119 E. Turbo<br>San Antonio, TX 78216 | | | Not OWCC Subcontractor or Supplier | X | X | X | $20,164.00 | |
| Airco Mechanical, LTD.<br>9200 Waterford Center Blvd Ste 600<br>Austin TX, 78758 | | | Subcontractor's Supplier | X | X | X | $20,301.00 | |
| Airco Mechanical, LTD.<br>9200 Waterford Center Blvd Ste 600<br>Austin TX, 78758 | | | Not OWCC Subcontractor or Supplier | X | X | X | $8,353.80 | |
| Airco Mechanical, LTD.<br>9200 Waterford Center Blvd Ste 600<br>Austin TX, 78758 | | | OWCC Subcontractor | | | | $107,072.00 | |
| Airco Mechanical, LTD.<br>9200 Waterford Center Blvd Ste 600<br>Austin TX, 78758 | | | OWCC Subcontractor | X | X | X | $86,805.34 | |
| Arrow Mirror & Glass Austin, Inc.<br>9201 Brown Lane Ste 280<br>Austin TX, 78754 | | | OWCC Subcontractror | X | X | X | $15,513.25 | |
| Austin Commercial Masonry, LLC<br>PO Box 1414<br>Georgetown TX, 78627 | | | OWCC Subcontractor | X | X | X | $43,527.60 | |
| Bailey's Custom Cabinets<br>13408 Fitzhugh Rd.<br>Austin, TX 78736 | | | Not OWCC Subcontractor or Supplier | X | X | X | $35,550.00 | |
| Bank of America<br>201 East Washington St. 22nd Floor<br>Phoenix, AZ 85004 | | | Constructrion Loan secured by property and construction at Hill Country Galleria | | | | $28,940,906.07 | |
| Bank of Oklahoma<br>2398 E Camelback Road, Suite 240<br>Phoenix, AZ 85016 | | | Constructrion Loan secured by property and construction at Hill Country Galleria | | | | $8,836,917.88 | |
| Bank of the West<br>4400 MacArthur Blvd, Suite 400<br>Newport Beach, California 92660 | | | Constructrion Loan secured by property and construction at Hill Country Galleria | | | | $8,836,917.88 | |
| Binswanger Glass<br>1818 Bingle Rd.<br>Houston, TX 77055 | | | Not OWCC Subcontractor or Supplier | X | X | X | $47,159.58 | |
| C&M Interiors<br>5120 Woodway Dr. #8009<br>Houston, TX 77056 | | | Not OWCC Subcontractor or Supplier | X | X | X | $33,864.00 | |
| Cedar Park Plumbing, Heating and Air, Inc.<br>PO Box 906<br>Cedar Park TX, 78630 | | | OWCC Subcontractor | | | | $4,144.20 | |
| Coburn Supply Company, Inc.<br>390 Park St., Suite 100<br>Beaumont, TX 77701 | | | Not OWCC Subcontractor or Supplier | X | X | X | $25,107.49 | |
| Construction and Design at Crown Bldg & Design Solutions<br>6608 Longleaf Ct.<br>Fort Worth, TX 76137 | | | Not OWCC Subcontractor or Supplier | X | X | X | $195,567.50 | |
| David E Tatum<br>**Unknown** | | | Not OWCC Subcontractor or Supplier | X | X | X | $46,875.00 | |
| Design Systems (Austin) Grp, Inc.<br>304 East Main Street<br>Round Rock TX, 78664 | | | Subcontractor's Supplier | X | X | X | $6,800.00 | |
| Design Systems (Austin) Grp, Inc.<br>304 East Main Street<br>Round Rock TX, 78664 | | | Subcontractor's Supplier | X | X | X | $4,300.00 | |
| Design Systems (Austin) Grp, Inc.<br>304 East Main Street | | | OWCC Supplier & Subcontractor's Supplier | X | X | X | $4,500.00 | |

| Vendor Name | Codebtor | Husband, Wife, Joint, Or Community | Date Claim Was Incurred, Nature of Lien and Descritpion and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion if Any |
|---|---|---|---|---|---|---|---|---|
| Round Rock TX, 78664 | | | | | | | | |
| Design Systems (Austin) Grp, Inc. 304 East Main Street Round Rock TX, 78664 | | | OWCC Supplier & Subcontractor's Supplier | X | X | X | $6,500.00 | |
| Design Systems (Austin) Grp, Inc. 304 East Main Street Round Rock TX, 78664 | | | OWCC Supplier & Subcontractor's Supplier | X | X | X | $3,009.00 | |
| Express Interiors, Inc 2110 White Horse Tri D Austin, TX 78757-2700 | | | Subcontractor's Supplier | X | X | X | $11,259.00 | |
| Express Interiors, Inc 2110 White Horse Tri D Austin, TX 78757-2700 | | | Subcontractor's Supplier | X | X | X | $11,259.00 | |
| Express Interiors, Inc 2110 White Horse Tri D Austin, TX 78757-2700 | | | Subcontractor's Supplier | X | X | X | $11,259.00 | |
| Express Interiors, Inc 2110 White Horse Tri D Austin, TX 78757-2700 | | | Subcontractor's Supplier | X | X | X | $11,259.00 | |
| Guaranty Bank 333 Clay Street Suite 4400 Houston, Texas 77002 | | | Constructrion Loan secured by property and construction at Hill Country Galleria | | | | $26,510,753.65 | |
| J & H Manufacturing, Inc. 161 CR 777 Devine, TX 78016-4519 | | | Not OWCC Subcontractor or Supplier | X | X | X | $23,974.55 | |
| J & H Manufacturing, Inc. 161 CR 777 Devine, TX 78016-4519 | | | Not OWCC Subcontractor or Supplier | X | X | X | $23,974.55 | |
| J.D. Ramming Paving Co., LTD. 16409 Bratton Ln. Austin, TX 78728 | | | Subcontractor's Supplier | X | X | X | $2,332.27 | |
| Kevin Struckland **Unknown** | | | Not OWCC Subcontractor or Supplier | X | X | X | $89,535.34 | |
| Key Bank National Association 3050 Post Oak Blvd., Suite 500 Houston, TX 77056 | | | Constructrion Loan secured by property and construction at Hill Country Galleria | | | | $17,673,835.77 | |
| Landesbank Hessen Thuringe 420 Fifth Avenue, 24th Floor New York, NY 10018 | | | Constructrion Loan secured by property and construction at Hill Country Galleria | | | | $17,673,835.77 | |
| Maldon Steel, Inc. 1607 70th St. Houston, TX 77011-1507 | | | Not OWCC Subcontractor or Supplier | X | X | X | $8,148.98 | |
| Marble Falls Glass & Mirror 304 Main Street Marble Falls TX, 78654 | | | OWCC Subcontractor | X | X | X | $11,520.00 | |
| Marble Falls Glass & Mirror 304 Main Street Marble Falls TX, 78654 | | | OWCC Subcontractor | X | X | X | $4,330.80 | |
| Midfirst Bank 501 N.W Grand Blvd. Oklahoma City, OK 73118-6054 | | | Constructrion Loan secured by property and construction at Hill Country Galleria | | | | $8,836,917.88 | |
| Morrison Supply Company, LLC 1000 W. Fuller Ave. Fort Worth, TX 76115 | | | Subcontractor's Supplier | X | X | X | $1,982.55 | |
| National City Bank 2000 Auburn Drive, Suite 400 Beachwood, OH 44122-4327 | | | Constructrion Loan secured by property and construction at Hill Country Galleria | | | | $13,255,376.83 | |
| Sco-Bar Hardscapes, LLC P.O. Box 1685 Dripping Springs, TX 78620 | | | Subcontractor's Supplier | X | X | X | $43,572.21 | |
| Sovereign Bank 75 State Street Boston, MA 02109 | | | Constructrion Loan secured by property and construction at Hill Country Galleria | | | | $17,673,835.77 | |
| SpawMaxwell Company, LLC 2424 South Lamar Austin TX, 78704 | | | OWCC Subcontractor | | | | $127,570.17 | |
| Stegall Refrigeration 12675 C R 42 Lindale, TX 75771 | | | Not OWCC Subcontractor or Supplier | X | X | X | $23,147.57 | |
| Stonehenge Framing LLC | | | | | | | $15,302.80 | |

| Vendor Name | Codebtor | Husband, Wife, Joint, Or Community | Date Claim Was Incurred, Nature of Lien and Descritpion and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion if Any |
|---|---|---|---|---|---|---|---|---|
| 10713 N Fm 620, Suite 514 Austin, TX 78726 | | | Not OWCC Subcontractor or Supplier | X | X | X | | |
| Summit Electric Supply Co. 303 Commerce Street Clute, TX 77531 | | | Subcontractor's Supplier | X | X | X | $57,301.83 | |
| The Northern Trust Company 50 South La Salle Street Chicago, IL 60603 | | | Constructrion Loan secured by property and construction at Hill Country Galleria | | | | $12,371,685.04 | |
| Trimbuilt Construction, Inc. PO Box 80169 Austin TX, 78708 | | | OWCC Subcontractor | | | | $45,606.88 | |
| Urban Concrete Contractors, LTD 4309 South 1st St Austin TX, 78745 | | | OWCC Subcontractor | | | | $29,367.50 | |
| Waterloo Plastering, Inc PO box 342 252 Austin TX, 78734 | | | OWCC Subcontractor | X | X | X | $60,947.10 | |
| Westar Electric Company 100 Commons Rd Ste 7 #400 Dripping Springs TX, 78620 | | | OWCC Subcontractor | | | | $76,852.00 | |
| | | | | | | Total | $162,202,238.33 | $0.00 |

B6E (Official Form 6E) (12/07)

In re <u>Hill Country Galleria, L.P.</u>  Case No. <u>09-11175-CAG</u>
           Debtor                             (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife ,Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

American LegalNet, Inc.
www.FormsWorkflow.com

B6E (Official Form 6E) (12/07) – Cont.

In re Hill Country Galleria, L.P.  
            Debtor

Case No. 09-11175-CAG  
            (if known)

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___ continuation sheets attached

American LegalNet, Inc.  
www.FormsWorkflow.com

B6E (Official Form 6E) (12/07) – Cont.

In re  Hill Country Galleria, L.P.  Case No.  09-11175-CAG
  Debtor  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Comptroller of Public Accounts<br>P O Box 149348<br>Austin TX 78714-9348 | | | 01/01/08-12/31/08 | | | | 59,091 | 59,091 | 0 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)  $ 59,091  $ 59,091  0

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ 59,091

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ 59,091  $ 0

American LegalNet, Inc.
www.FormsWorkflow.com